# USERY & ASSOCIATES

Todd J. Coulter, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

Direct Dial: (917) 778-6119
E-Mail: tcoulter@travelers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/15/2026

September 14, 2026

**APPLICATION GRANTED:** **The Case Management Conference scheduled for September 17, 2026 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, October 28, 2026, at 11:00 a.m.**

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
09/15/2026

**VIA ECF**
Hon. Katherine H. Parker
Magistrate Judge
Southern District of New York
Courtroom 17D
New York, New York 10007

Re: *The Charter Oak Fire Insurance Company v. State National Insurance Company*
Case No.: 25-CV-4252 (ALC)(KHP)

Dear Judge Parker:

This office represents the Plaintiff, The Charter Oak Fire Insurance Company ("Travelers"), in the above-referenced matter. I write jointly with counsel for Defendant, State National Insurance Company ("SNIC") to request an adjournment of 30 days on the current scheduling order, see Doc. 21.

Pursuant to the Case Management Plan entered on June 22, 2026, discovery closed on August 25, 2026, with motions for summary judgment due on September 24, 2026 with oppositions due on October 24, 2026 and replies due on November 9, 2026. Additionally, a Case Management Conference is scheduled for Thursday September 17, 2024, at 10:00am. The parties request that the dispositive motion deadlines and the upcoming Case Management Plan be adjourned for an additional thirty (30) days to the following dates: motions for summary judgment due on October 23, 2026, oppositions due December 4, 2026, and replies due December 18, 2026. These dates take into account the Thanksgiving holiday. Additionally, the parties request that the Case Management Plan be adjourned for an additional 30 days until October 16, 2026. This is the second such request.

Travelers and SNIC have responded to all written discovery and Travelers has produced the requested billing statements to SNIC as of August 24, 2026. Travelers produced the billing statements without redactions but subject to confidentiality so that SNIC may better assess the total amount of defense costs to be reimbursed under New York law. SNIC is still in the process of reviewing those billing statements. SNIC has represented that it is nearing an end of its analysis at which time the parties can engage in more substantial settlement talks. The requested

thirty-day adjournment would allow the parties sufficient time to arrive at a settlement and not take up the Court's time prematurely.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Todd J. Coulter
Todd J. Coulter

Cc (via ECF):
Laura M. Maletta, Esq.